**2008–1497.   State v. Chilton.**

Franklin App. No. 07AP–708, 2008-Ohio-2273. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2008–1511.   State v. Hollingsworth.**

Franklin App. Nos. 07AP–863, 07AP–864, and 07AP–865, 2008-Ohio-2424. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2008–1529.   State v. Harris.**

Champaign App. No. 2006 CA 39, 2008-Ohio-1753. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

**2008–1543.   State v. McCroskey.**

Stark App. No. 2007CA00089, 2008-Ohio-2534. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER and CUPP, JJ., dissent.

**2008–1595.   State v. Collins.**

Lucas App. No. L–05–1399, 2007-Ohio-3578. On motion for leave to file delayed appeal. Motion denied.

CUPP, J., dissents.

**2008–1602.   State v. Moore.**

Huron App. No. H–07–033, 2008-Ohio-2735. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2008–1606.   State v. Lane.**

Cuyahoga App. No. 89023, 2007-Ohio-5948. On motion for leave to file delayed appeal. Motion denied.

**2008–1636.   State v. Nethers.**

Licking App. No. 07 CA 78, 2008-Ohio-2679. On motion for leave to file delayed appeal. Motion granted.

PFEIFER and O'CONNOR, JJ., dissent.

**2008–1637.   State v. Bradley.**

Cuyahoga App. No. 88768, 2007-Ohio-5074. On motion for leave to file delayed appeal. Motion denied.

**2008–1643.   State v. Howard.**

Delaware App. No. 06CAA100075, 2007-Ohio-3669. On motion for leave to file delayed appeal. Motion denied.

CUPP, J., dissents.